■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER BRILL, on Behalf of STEVEN RYAN, Petitioner, v MICHAEL J. SPOSATO et al., Respondents. [49 NYS3d 306]—Writ of habeas corpus in the nature of an application to release the petitioner from incarceration upon his conviction of a violation of probation under Nassau County S.C.I. No. 877N-12.

Adjudged that the writ is dismissed, without costs or disbursements.

Under the circumstances presented, the petitioner is not entitled to relief in a habeas corpus proceeding (*see* CPL 460.50; *People ex rel. Vogelfang v Perez*, 66 AD3d 1052 [2009]). Hall, J.P., Austin, Sgroi and Connolly, JJ., concur.